JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 20-8391-JFW(PLAx)** | Date: October 5, 2020 |

Title:        Steven Wang -*v*- Mercedes-Benz USA, LLC, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER DISMISSING ACTION**

On October 2, 2020, Defendant Mercedes-Benz USA, LLC ("Defendant") filed a unilateral Rule 26(f) Report.  In the Rule 26(f) Report, counsel for Defendant detailed her attempts to meet and confer with counsel for Plaintiff Steven Wang ("Plaintiff") regarding the Joint Rule 26(f) Report required by the Court's September 15, 2020 Order and Plaintiff's counsel's refusal to cooperate.  As a result of Plaintiff's failure to cooperate in the preparation of a Joint Rule 26(f) Report, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for October 19, 2020 is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.